1

2                                                    The Honorable Franklin D. Burgess

3

4

5

6

7                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
8                                    AT TACOMA

9
UNITED STATES OF AMERICA,              )
10                                     )
                    Plaintiff,         )         No.  CR06-5488 FDB
11                                     )
                                       )
12          vs.                        )
                                       )         ORDER CONTINUING
13   MICHAEL ANTHONY WILSON,           )         TRIAL DATE AND
                                       )         PRE-TRIAL MOTIONS
14                  Defendant.         )         DEADLINE
                                       )
15   _____)

16          Before this court is the defendant's motion for continuance of the trial

17   which is presently scheduled to commence October 2, 2006.  The defendant requires

18   additional time so that further work may be done on pretrial motions and that defendant

19   may complete trial preparation.  The Government has filed no opposition or objection to

20   the present motion.

21          That the court finds, after a consideration of all relevant information and

22   circumstances of this case, that without this continuance the defendant will be prejudiced

23   and the ability to properly prepare for trial would be impaired.  Failure to grant a

ORDER CONTINUING TRIAL DATE AND PRE-
TRIAL MOTIONS DEADLINE - 1

LAW OFFICES OF
**MONTE E. HESTER, INC., P.S.**
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157

1

2
continuance under these circumstances would result in a miscarriage of justice.  The ends

3
of justice would best be served by the granting of the motion for continuance.  The ends

4
of justice outweigh the best interests of the public and defendant in having the matter

5
brought to trial sooner.

6
        For these reasons, the court finds the defendant's motion for continuance

7
should be granted.  The trial scheduled for October 2, 2006 is VACATED.  Trial shall be

8
RESCHEDULED to December 4, 2006 in Tacoma, Washington.  It is further ORDERED

9
that pretrial motions cutoff date of September 8, 2006 is EXTENDED to October 6,

10
2006.  The pretrial conference scheduled on September 22, 2006 at 3:30 p.m. shall be

11
VACATED and RESCHEDULED to November 17, 2006 at 3:30 p.m..

12
        Any and all period of delay resulting from the granting of this

13
continuance, from the current trial date of October 2, 2006, up to and including the new

14
trial date of December 4, 2006, shall be excludable time pursuant to 18 U.S.C. §§

15
3161(h)(1)(F) and (h)(8)(A).

16

17
        IT IS SO ORDERED.
        DONE this 15th day of  September, 2006.

18

19

20
        FRANKLIN D. BURGESS

21
        UNITED STATES DISTRICT JUDGE

22

23

ORDER CONTINUING TRIAL DATE AND PRE-
TRIAL MOTIONS DEADLINE - 2

1

2  Presented by:

3  LAW OFFICES OF MONTE E.

4    HESTER, INC., P.S.

5  Attorneys for Michael Wilson

6  By: _____/s_____

7          Lance M. Hester

8

9

10  Approved by:

11  UNITED STATES ATTORNEY'S OFFICE

12  ·· By: _____                              .

13          Gregory A. Gruber

14          Assistant United States Attorney

15

16

17

18

19

20

21

22

23

ORDER CONTINUING TRIAL DATE AND PRE-
TRIAL MOTIONS DEADLINE - 3

LAW OFFICES OF
**MONTE E. HESTER, INC., P.S.**
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157